UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TINA MARIE BEATTY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00045-SEB-DML |
| INTEGRITY STAFFING SOLUTIONS, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the Defendant's Unopposed Fed. R. Civ. P.12(B)(1) Motion to Stay Proceeding and Compel Arbitration together with the pleadings and documents on file, and otherwise being fully advised in the premises, hereby GRANTS said Motion.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant shall be resolved by arbitration. The Clerk shall administratively close this case pending arbitration. If either party wishes to reopen this case, they shall file a motion to reopen within 21 days after the arbitration proceeding shave been completed.

DATED:   5/10/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system

56477487.1